```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**1STARR DALTON,**

      **Plaintiff,**

v.                                    Civil Action No. 2:10-cv-00214

**WEST VIRGINIA DIVISION OF CORRECTIONS,
DAVID BALLARD, Warden, Mount Olive
Correctional Complex, JIM RUBENSTEIN,
Commissioner, West Virginia Division of
Corrections, CPT. JASON COLLINS,
LT. MARGARET CLIFFORD, SGT. CURTIS DIXON,
CPS. CLINT RYAN, CPL. NATE KENDRICK,
MICHAEL ANGEL, GARRATTE ADAMS, and
BRIAN GREENWOOD,**

      **Defendants.**

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on June 23, 2010. The magistrate judge recommends that plaintiff's case be dismissed without prejudice for failure to pay the filing fee. The parties have not objected to the Proposed Findings and

Recommendation.  The court concludes the recommended disposition is correct.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and it hereby is, adopted by the court;

2. This action be, and it hereby is, dismissed without prejudice.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

DATED: July 26, 2010

_____
John T. Copenhaver, Jr.
United States District Judge